[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 11, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14495
Non-Argument Calendar

_____

D. C. Docket No. 05-00096-CR-1-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROY LEE MAGBY, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(February 11, 2008)**

Before ANDERSON, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Richard A. Grossman, Esq., appointed counsel for Roy Lee Magby, Jr., has

filed a motion to withdraw on appeal supported by a brief prepared pursuant to

*Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Based on our

independent review of the entire record, we concur in counsel's assessment of the

relative merits of the appeal. There is no arguable issue of merit; therefore,

counsel's motion to withdraw is **GRANTED**, and Magby's conviction and

sentence are **AFFIRMED**.